In the Matter of WILLIAM MONROE, Appellant, against STATE
BOARD OF PAROLE, Respondent.

Submitted June 5, 1944; decided June 14, 1944.

*William Monroe,* in person, for motion.

No one opposed.

Motion for leave to appeal denied on the ground that no appeal
lies to this court from the order.

Motion for leave to prosecute appeal as a poor person dismissed.